

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————————

No. 02-25-00412-CR

———————————————————

NOE OLMOS, Appellant

V.

THE STATE OF TEXAS

---

On Appeal from the 396th District Court
Tarrant County, Texas
Trial Court No. 1844776

---

Before Kerr, Bassel, and Womack, JJ.
Memorandum Opinion by Justice Kerr

## MEMORANDUM OPINION

The State indicted Appellant Noe Olmos for the second-degree felony of sexual assault of a child. *See* Tex. Penal Code § 22.011(a)(2)(C), (c)(1), (f). As part of a plea bargain, Olmos pleaded guilty, and the trial court placed him on deferred-adjudication community supervision for seven years. About two months later, the State filed a petition to proceed to adjudication. For that proceeding, Olmos pleaded true to the allegation in the State's petition without a punishment agreement. After hearing evidence from both the State and the defense, the trial court found Olmos guilty and sentenced him to seven years' confinement. *See id.* § 12.33 (providing imprisonment range of two to twenty years for second-degree felony). Olmos timely appealed, and the trial court promptly appointed appellate counsel to represent him.

Olmos's counsel—after determining that Olmos's appeal was frivolous—filed a motion to withdraw and, in support of that motion, a brief. *See Anders v. California*, 386 U.S. 738, 744–45, 87 S. Ct. 1396, 1400 (1967). Counsel's motion and brief meet the requirements of *Anders* by presenting a professional evaluation of the record demonstrating why there are no arguable grounds for relief. *See id.* at 744, 87 S. Ct. at 1400. Additionally, in compliance with *Kelly v. State*, counsel provided Olmos with copies of the brief and the motion to withdraw and informed him of his right to file a pro se response, to review the record, and to seek discretionary review pro se should this court declare his appeal frivolous. *See* 436 S.W.3d 313, 319 (Tex. Crim. App.

2014). Counsel also provided Olmos with a form motion for pro se access to the appellate record. *See id.* at 319–20. Although given an opportunity to file a pro se response to the *Anders* brief, Olmos has not filed one. The State, for its part, filed a letter in which it agreed that Olmos had no meritorious grounds on which to advance an appeal.

We have carefully reviewed the record and counsel's brief and have determined that Olmos's appeal is wholly frivolous and without merit. Nothing in the record arguably supports the appeal. *See Bledsoe v. State*, 178 S.W.3d 824, 827–28 (Tex. Crim. App. 2005); *see also Meza v. State*, 206 S.W.3d 684, 685 n.6 (Tex. Crim. App. 2006). We thus grant counsel's motion to withdraw and affirm the trial court's judgment.

/s/ Elizabeth Kerr
Elizabeth Kerr
Justice

Do Not Publish
Tex. R. App. P. 47.2(b)

Delivered: June 11, 2026